IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CR179 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN T. NELSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 35). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant shall have until May 6, 2016, to file a motion for variance.

2) Sentencing in this matter is rescheduled for:

**Thursday, May 26, 2016, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court