IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:15CR179
                             )
       v.                    )
                             )
BRIAN T. NELSEN,             )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to file under seal (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the sentencing memorandum and index of sentencing exhibits shall be filed under seal, pending further order of the Court.

DATED this 9th day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court